An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO B.J.W., A MINOR,

JACQUELINE W.,
Appellant,
vs.
B.J.W.; AND STATE OF NEVADA
DEPARTMENT OF FAMILY
SERVICES,
Respondents.

No. 66716

**FILED**

JAN 30 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY

DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on October 17, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Jacie K Lima_

cc: Hon. Cynthia N. Giuliani, District Judge
Jacqueline White
Kunin & Carman
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-03361